UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFF HERZSTEIN,<br><br>        Plaintiff,<br><br>   v.<br><br>WEST MARINE PRODUCTS, INC., A FLORIDA CORPORATION,<br><br>        Defendant. | Case No. 24-cv-04547-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 26 |

The Court is informed that the parties have settled this matter. Dkt. No. 26. Accordingly, all pending deadlines and appearances are vacated. On or before **April 16, 2025**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **April 22, 2025 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **April 16, 2025** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: March 17, 2025

Virginia K. DeMarchi
United States Magistrate Judge